COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| RONALD RAYMOND SUTTON, JR., | § | No. 08-24-00067-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law |
| NEIGHBORHOOD CREDIT UNION, | § | of Ellis County, Texas |
| Appellee. | § | (TC# 23-C-3213) |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed.[1] *See* Tex. R. App. P. 42.3.

On April 15, 2024, the Clerk of this Court sent Appellant a letter requesting payment of the required filing fee.[2] *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rules from paying costs). The letter notified Appellant that the appeal would be subject to dismissal on or after ten days of the date of the notice if

---

[1] This case was transferred from the Tenth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* Tex. Gov't Code Ann. § 73.001. We follow the precedent of the Tenth Court of Appeals to the extent it might conflict with our own. *See* Tex. R. App. P. 41.3.

[2] Prior to the transfer and this Court's request, on March 19, 2024, the Tenth Court of Appeals also requested payment of the filing fee and provided Appellant ample opportunity to pay.

Appellant failed to pay the filing fee or failed to show an excuse from payment. *See* Tex. R. App. P. 42.3 (c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, Appellant has not paid the filing fee or otherwise shown an excuse from payment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 43.3(c).


LISA J. SOTO, Justice

April 29, 2024

Before Alley, C.J., Palafox and Soto, JJ.